STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YOSIHO RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR-15-0063 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND FOR EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

The parties in this case agree and jointly request the Court to move the status hearing in the above captioned case from May 20, 2015 to July 29, 2015 at 2:15 p.m. The reason for this request is that this case involves allegations of VICAR attempted murder, conspiracy to murder, and use of a firearm to further a crime of violence. Defense counsel needs additional time to investigate the case; specifically, the extensive casefile compiled by the state court attorney who defended Mr. Ramirez on similar charges involving the same conduct in Sonoma County. Defense counsel also needs additional time to conduct investigation before she can fully advise her client as to the proper course for this case.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-0063 MMC

trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the status hearing to July 29, 2015 at 2:15 p.m.

\\

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: May 15, 2015       /s/
        DEBORAH DOUGLAS
        Assistant United States Attorney

DATED: May 15, 2015       /s/
        ELIZABETH FALK
        Attorney for Defendant Yosiho Ramirez

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from May 20, 2015 to July 29, 2015 at 1:00 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 15, 2015       _/s/ Maxine M. Chesney_
        THE HONORABLE MAXINE M. CHESNEY
        United States District Judge