1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200

7 | Facsimile: (415) 436-7234
E-Mail: deborah.r.douglas@usdoj.gov

8

Attorneys for the United States of America

9

10                                 UNITED STATES DISTRICT COURT

11                                NORTHERN DISTRICT OF CALIFORNIA

12                                      SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,      ) No. CR 15-0063 MMC
                                   )
14 |            v.                  ) **STIPULATION AND [PROPOSED] ORDER TO**
                                   ) **CONTINUE STATUS CONFERENCE AND FOR**
15 | YOSIHO RAMIREZ,                ) **EXCLUDING TIME UNDER 18 U.S.C. § 3161**
                                   )
16 |            Defendant.          )
                                   )
17                                 )
                                   )
18

19   The United States of America, by and through its attorney of record, and defendant Yosiho

20 Ramirez ("defendant"), by and through his attorney of record, jointly request that the scheduled court

21 date of September 16, 2015, be vacated and that this matter be continued to November 4, 2015 at 2:15

22 p.m. for the following reasons:

23   1.   The defense counsel is not available because her young daughter recently had to go to

24 the emergency room and will require constant supervision during her recovery process. In addition,

25 upon the defense counsel's return to the office, she will need additional time to investigate this case

26 involving allegations of VICAR attempted murder, conspiracy to murder, and use of a firearm to further

27 a crime of violence. Specifically, the defense counsel will need to investigate the contents of the

28

STIPULATION AND ORDER EXCLUDING TIME
CR 15-0063 MMC                                                 1

extensive case file compiled by the state court attorney who defended Mr. Ramirez on similar charges involving the same conduct in Sonoma County. The defense counsel also needs additional time to conduct investigation before she can fully advise her client as to the proper course for this case.

2. For the reasons stated above, the parties stipulate and agree that this matter should be continued to November 4, 2015 at 2:15 p.m., and that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from September 16, 2015, to November 4, 2015, should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 15, 2015            Respectfully submitted,

                                     BRIAN J. STRETCH
                                     Acting United States Attorney

                                     *s/ Deborah R. Douglas*
                                     DEBORAH R. DOUGLAS
                                     Assistant United States Attorney

                                     *s/ Elizabeth Falk*
                                     ELIZABETH FALK
                                     Attorneys for Defendant Yoshiho Ramirez

STIPULATION AND ORDER EXCLUDING TIME
CR 15-0063 MMC                                  2

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of September 16, 2015 shall be vacated and that this matter shall be continued to November 4, 2015 at 2:15 p.m. for a status conference.  IT IS FURTHER ORDERED that the time from September 16, 2015 to November 4, 2015 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: September  15 , 2015

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE