BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
      Telephone: (415) 436-7200
      Facsimile: (415) 436-7234
      E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0063 MMC |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER 18 U.S.C. § 3161 ET. SEQ |
| YOSIHO RAMIREZ, | |
| Defendant. | |

The United States of America, by and through its attorney of record, and defendant Yosiho Ramirez ("defendant"), by and through his attorney of record, jointly request that the scheduled date of February 17, 2016 at 2:30 p.m. for change of plea or trial setting be vacated and that this matter be continued to March 23, 2016 at 2:15 p.m. for the following reasons:

      1.      The defense lawyer needs additional time to investigate this case involving allegations of VICAR attempted murder, conspiracy to murder, and use of a firearm to further a crime of violence, all of which involve substantial penalties. The defense counsel also needs additional time to conduct investigation before she can fully advise her client as to the proper course for this case, including the impact of defendant's prosecution in Sonoma County involving the same conduct.  In addition, the

1  defense lawyer is currently unavailable because she has been appointed to a new death penalty case, the

2  ramifications of which are obviously significant.

3          2.      For the reasons stated above, the parties stipulate and agree that this matter should be

4  continued to March 23, 2016 at 2:15 p.m., and that the failure to grant such a continuance would

5  unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that

7  the time from February 17, 2016 to March 23, 2016 should be excluded on the basis that the ends of

8  justice are served by taking such action which outweigh the best interest of the public and the defendant

9  in a speedy trial and for continuity of counsel and effective preparation of counsel, taking into account

10  the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11
12  DATED:  February 12, 2016                    Respectfully submitted,

13                                               BRIAN J. STRETCH
                                                 Acting United States Attorney

14                                               *s/ Deborah R. Douglas*
15                                               DEBORAH R. DOUGLAS
                                                 Assistant United States Attorney

16                                               *s/ Elizabeth Falk*
17                                               ELIZABETH FALK
                                                 Counsel for Defendant

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER EXCLUDING TIME
CR 15-0063 MMC                           2

<u>ORDER</u>

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of February 17, 2016 at 2:30 p.m. shall be vacated and that this matter shall be continued to March 23, 2016 at 2:15 p.m. for change of plea or trial setting.   IT IS FURTHER ORDERED that the time from February 17, 2016 through March 23, 2016 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: February _16_, 2016

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXCLUDING TIME
CR 15-0063 MMC                    3