1   STEVEN G. KALAR
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
6   Counsel for Defendant RAMIREZ

    UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

    SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-15-0063 MMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| YOSIHO RAMIREZ, | ) | **CONFERENCE AND FOR** |
| | ) | **EXCLUDING TIME UNDER 18 U.S.C. §** |
| Defendant. | ) | **3161** |
| | ) | |

    The parties in this case agree and jointly request the Court to move the status hearing in

the above captioned case from April 13, 2016 to April 20, 2016 at 2:15 p.m.  The reason for this

request is that this case involves allegations of VICAR attempted murder, conspiracy to murder,

and use of a firearm to further a crime of violence.  Defense counsel also needs additional time to

conduct investigation before she can fully advise her client as to the plea agreement in this case.

    The parties concur that granting the exclusion would allow the reasonable time necessary for

effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that

the ends of justice served by granting such an exclusion of time for the purposes of effective

preparation of counsel outweigh the best interests of the public and the defendant in a speedy

trial.  18 U.S.C. § 3161(h)(7)(A).

    Accordingly, due to the reasons stated above, the parties jointly move to continue the status

hearing to April 20, 2016  at 2:15 p.m.

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-0063 MMC

1  \\

2  SO STIPULATED:

3

4                                    MELINDA HAAG
                                     United States Attorney

5

6  DATED:        April 7, 2016        _____/s/_____
                                      DEBORAH DOUGLAS
7                                     Assistant United States Attorney

8

9  DATED:        April 7, 2016        _____/s/_____
                                      ELIZABETH FALK
10                                    Attorney for Defendant Yosiho Ramirez

11

12                         [PROPOSED] ORDER

13          For the reasons stated above the Court hereby CONTINUES the status hearing in the

14  aforementioned case from April 13, 2016 to April 20, 2016 at 2:15 p.m.  The Court further finds

15  that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is

16  warranted and that the ends of justice served by the continuance outweigh the best interests of the

17  public and the defendant in a speedy trial.   Denying the requested exclusion of time would

18  deprive the defendant effective preparation of counsel, taking into account the exercise of due

19  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

20

21          IT IS SO ORDERED.

22

23  DATED: April 8, 2016         _____
                                 THE HONORABLE MAXINE M. CHESNEY
24                               United States District Judge

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-0063 MMC