1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700

Counsel for Defendant RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-15-0063 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| YOSIHO RAMIREZ, | ) | **CONFERENCE AND FOR** |
| | ) | **EXCLUDING TIME UNDER 18 U.S.C. §** |
| Defendant. | ) | **3161** |

The parties in this case agree and jointly request the Court to move the status hearing in the above captioned case from April 20, 2016 to May 18, 2016 at 2:15 p.m.  The reason for this request is that this case involves allegations of VICAR attempted murder, conspiracy to murder, and use of a firearm to further a crime of violence.  Defense counsel also needs additional time to conduct investigation before she can fully advise her client as to the plea agreement in this case. Defense counsel recently made additional discovery requests as a result of the language of a Proposed Plea Agreement.  These discovery requests are outstanding and must be addressed before a plea can be entered.  The continuance is also the first Wednesday after April 20, 2016 that government counsel is available due to conflicting court appearances and out-of-district travel.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-0063 MMC

The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the status hearing to May 18, 2016  at 2:15 p.m.

SO STIPULATED:

        BRIAN STRETCH
        Acting United States Attorney

DATED:	April 18, 2016	_____/s/_____
        DEBORAH DOUGLAS
        Assistant United States Attorney

DATED:	April 18, 2016	_____/s/_____
        ELIZABETH FALK
        Attorney for Defendant Yosiho Ramirez

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from April 20, 2016 to May 18, 2016 at 2:15 p.m.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.   Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 18, 2016	_____
        THE HONORABLE MAXINE M. CHESNEY
        United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-0063 MMC