BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP GUENTERT (CABN 147374)
Acting Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-063 MMC |
| Plaintiff, | |
| v. | ORDER FOR RETURN ON WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| YOSIHO TONY RAMIREZ, | |
| Defendant. | |

TO THE UNITED STATES MARSHAL:

On February 27, 2015, defendant Yosiho Tony Ramirez ("defendant") was produced in federal court in San Francisco, California, on the above-captioned matter pursuant to a Writ of Habeas Corpus Ad Prosequendum issued on February 19, 2015.  Defendant (dob: 11/03/89; D-file # 227665) was in the custody of the Sonoma County Sheriff's Office at the Sonoma County Main Adult Detention Facility in a pending criminal matter under California Superior Court, Sonoma County, docket no. SCR-577619.  The federal and state prosecutions were based upon the same underlying criminal activities. The State of California has retained primary jurisdiction of the defendant, who has remained in state custody, even after his production in federal court pursuant to the writ.

On August 10, 2016, in the above-captioned matter, defendant was sentenced to a federal prison term to run concurrently with the anticipated state prison term that has not yet been imposed based upon his guilty pleas on January 26, 2015 under California Superior Court docket no. SCR-577619.

The Court ORDERS that the Writ of Habeas Corpus Ad Prosequendum issued on February 19, 2015 shall be discharged, and that the U.S. Marshal shall return the defendant to the State of California, Sonoma County.  IT IS FURTHER ORDERED that the U.S. Marshal shall place a detainer on the federal matter such that defendant shall be delivered to the Marshal if the State of California relinquishes primary jurisdiction, or if the defendant is released from a State penal institution prior to his completion of the federally-imposed concurrent prison term.   If the defendant is committed and transferred to a State penal institution pursuant to a conviction in the local jurisdiction, the detainer shall follow. The U.S. Marshal, once notified of defendant's pending release from the State penal institution, shall so notify this Court, the United States Attorney, and the United States Bureau of Prisons.

IT IS SO ORDERED.

Dated: August __16__, 2016

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge